**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Daniel P. Crane** (State Bar No. 030623)
Direct Dial: 602.262.5774
Email: Dan.Crane@wbd-us.com

**Mitchell Reber (State Bar No. 036209)**
Direct Dial: 602.239.7416
Email: Mitch.Reber@wbd-us.com

**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600

**Nathan P. Eimer** (pro hac vice forthcoming)
Email: neimer@eimerstahl.com
**Vanessa G. Jacobsen** (pro hac vice forthcoming)
Email: vjacobsen@eimerstahl.com
**Alec Solotorovsky** (pro hac vice forthcoming)
Email: asolotorovsky@eimerstahl.com
**Brian Y. Chang** (pro hac vice forthcoming)
Email: bchang@eimerstahl.com

*Attorneys for Plaintiffs Compass, Inc. and Launch Real Estate, LLC d/b/a Compass Arizona*

201 East Washington Street, Suite 1200
Phoenix, AZ 85004
WOMBLE BOND DICKINSON

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Compass, Inc.; and Launch Real Estate, LLC d/b/a Compass Arizona,

Plaintiff,

v.

Arizona Regional Multiple Listing Service, Inc.,

Defendants.

No. 2:26-cv-10493-DGC

**PLAINTIFF LAUNCH REAL ESTATE LLC D/B/A COMPASS ARIZONA'S CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Plaintiff Launch Real Estate, LLC d/b/a Compass Arizona ("Compass Arizona") in compliance with the provisions of *(check one)*:

✓ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such

WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

corporation.

____ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

✓ Party is a parent, subsidiary, or other affiliate of the publicly owned corporation as listed below. (Attach additional pages if needed.)

Compass Arizona is an indirect wholly owned subsidiary of Compass, Inc., as follows: Launch Real Estate d/b/a Compass Arizona is a wholly owned subsidiary of Compass Arizona Holding, LLC, which is in turn a wholly owned subsidiary of Compass Brokerage, LLC, which is in turn a wholly owned subsidiary of Anywhere Real Estate Group LLC, which is in turn a wholly owned subsidiary of Anywhere Intermediate Holdings, LLC, which is in turn a wholly owned subsidiary of Anywhere Real Estate, Inc., which is in turn a wholly owned subsidiary of Compass, Inc., a publicly held corporation.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

______ Other (please explain):

______ Diversity case. (Attach additional pages if needed.)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 23rd day of November, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Daniel P. Crane*
Daniel P. Crane
Mitchell Reber

EIMER STAHL LLP

Nathan P. Eimer (*pro hac vice forthcoming*)
Vanessa G. Jacobsen (*pro hac vice forthcoming*)
Alec Solotorovsky (*pro hac vice forthcoming*)
Brian Y. Chang (*pro hac vice forthcoming*)

*Attorneys for Plaintiffs Compass, Inc. and Launch Real Estate, LLC d/b/a Compass Arizona*

WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004